**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**INDICTMENT**

1:26CR30 AW/MAL

**CURTIS LAMAR SPRUCE**

______________________________/

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about April 17, 2026, in the Northern District of Florida, the defendant,

**CURTIS LAMAR SPRUCE,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers; 28 grams or more of a mixture and substance containing cocaine base; fentanyl; and oxycodone, In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(B)(iii), and 841(b)(1)(C).

**CRIMINAL FORFEITURE**

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

FILED USDC FLND GV
JUL 28 '26 PM2:26

From his engagement in the violation alleged in Count One, punishable by imprisonment for more than one year, the defendant,

**CURTIS LAMAR SPRUCE,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of his interest in:

A. Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violation.

B. Property used in any manner or part to commit or to facilitate the commission of such violation.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred or sold to, or deposited with, a third person;

iii. has been placed beyond the jurisdiction of this Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A TRUE BILL:

Redacted

7/28/2026
DATE

JOHN P. HEEKIN
United States Attorney

TYLER FLEMING
Assistant United States Attorney